UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____

05 APR 11  AM 10: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**DENNIS PRICE,**

        Plaintiff,

v.

**FEDERAL EXPRESS CORPORATION, DONNA NOEL, INDIVIDUALLY AND AS AGENT FOR FEDERAL EXPRESS CORPORATION, and GWEN BYRD, INDIVIDUALLY AND AS AGENT FOR FEDERAL EXPRESS CORPORATION,**

        Defendants.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2477-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal entered on April 8, 2005, this cause is hereby dismissed with prejudice.


**APPROVED:**

/s/ J. Daniel Breen

**J. DANIEL BREEN
UNITED STATES DISTRICT COURT**

4/11/05
**Date**

**ROBERT R. DI TROLIO**
_____
**Clerk of Court**

/s/ Earline Drayer
_____
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  4-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02477 was distributed by fax, mail, or direct printing on April 11, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jeana Littrell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jay L. Grytdahl
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl, Comat 7103
Memphis, TN 38125--880

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT